03-15-00249-CV

FILED
May 8, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

Cielo Multifamily LLC vs. Michael Frazek

I request that the courts grant a motion to expedite the ruling on a filed motion to stay because the appellant received a writ of possession on the front of his door and will be unable to vacate the premise within the allotted time frame which expires today, March 8th, 2015, at 3:45 p.m..

The appellant is living in a structurally unsound residence that is provable by means of water damage photographs, as well as tape recorded sounds of extremely high volume coming from above the cieling.

In pursuit of justice the appellant is forced to file a case number within the 3rd Appeals because of errors noted in JP Court well as county court. _Ryan Frazek_

Ryan Michael Frazek

RECEIVED
MAY 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Pursuant to TEX. R. APP. P. 10.1(5), I certify that the undersigned conferred with the opposing counsel who indicated that his client does not oppose this motion.

— Tym Franzck
Ryan Michael Franzck

Pursuant to TEX APP. P. 9.5 I certify that on may 8th, 2015, a copy of this motion was mailed via first class mail, postage pre-paid to the following: Bill Warren 1011 westlake Drive Austin, TX 78746

— Tym Franzck
Ryan Michael Franzck